LEON MENDELSON, Respondent, v. THE JEWELERS' CIRCULAR PUBLISHING COMPANY, a New York Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an answer within twenty days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES M. LYNCH, Appellant, v. 114 WEST 70TH STREET CORPORATION and Another, Respondents.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that questions of fact were presented as to the negligence of the defendants and freedom from contributory negligence on the part of the plaintiff, which required the submission of the case to the jury. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of GERTRUDE D. HAWES, Deceased, as a Will of Real and Personal Property (Will of July 28, 1919).— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

IGNATZ JOSEPHITE, Respondent, v. UNITED CIGAR STORES COMPANY OF AMERICA, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EVERETT M. DALY, Appellant, v. PAULINE SOBIESKI and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NELLIE ROLSTON, Respondent, v. ROSS STORES, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SAMUEL NAGLER, Respondent, v. JAMES BUTLER, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling, J., dissenting and voting for reversal of the judgment and for a new trial on the ground that the finding of negligence on the part of the defendants is against the weight of the evidence.

E. A. CHRISTENSON and Others, Copartners, etc., Respondents, v. J. ARON & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARY A. BUTTERFIELD, Appellant, v. FRANK KAUFF, Defendant, Impleaded with JOHN J. McGRAW, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDITH I. BROOKER, Appellant, v. JOHN F. SCULLY and Others, Doing Business under the Firm Name and Style of ZIMMERMANN & FORSHAY, Respondents.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of the Estate of FRITZ MUSER, Deceased.— Decree so far as appealed from affirmed, with costs, on the opinion of Foley, Surrogate. [Reported in 122 Misc. 164.] Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.